```
Court Name: U.S. District Court, Colorad
o
Division: 1
Receipt Number: COX022055
Cashier ID: sq
Transaction Date: 09/16/2009
Payer Name: KILLMER LANE NEWMAN
-----------------------------------
CIVIL FILING FEE
 For: KILLMER LANE NEWMAN
 Amount:         $350.00
-----------------------------------
CHECK
 Check/Money Order Num: 7230
 Amt Tendered: $350.00
-----------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

09-CV-2228


A fee of $45.00 will be assessed on
any returned check.
```