IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02228-REB-MEH

SCOTT L. HOWARD,

    Plaintiff,

v.

ARISTEDES ZAVARAS, Executive Director of the Colorado Department of Corrections, in his official capacity,
ROBERT CANTWELL, Director of Prisons, in his individual and official capacities,
SCOTT H. HALL, Warden of the Denver Reception and Diagnostic Center, in his individual and official capacities,
DONA ZAVISLAN, Associate Warden of the Denver Reception and Diagnostic Center, in her individual and official capacities,
SERGEANT JANE DOE, Intake Sergeant at the Denver Reception and Diagnostic Center, in her individual and official capacities,

    Defendants.
_____

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT AND JURY DEMAND**
and Proposed Order
_____

Defendants Aristedes Zavaras, Robert Cantwell, Scott H. Hall and Dona Zavislan, by and through their counsel, Andrew D. Ringel, Esq. of Hall & Evans, L.L.C., hereby respectfully submit this Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint and Jury Demand, and as grounds therefore states as follows:

1.    Plaintiff Scott L. Howard filed his Complaint and Jury Demand on September 16, 2009. Defendants Scott H. Hall and Dona Zavislan were served on November 17, 2009. [*See* Docs. 7 and 8]. Defendants Aristedes Zavaras and Robert

Cantwell were served on November 18, 2009. [*See* Docs. 10 and 11]. Upon information and belief, Defendant Jane Doe has not been identified or served by the Plaintiff. Accordingly, the answer or other response to the Plaintiff's Complaint and Jury Demand for Defendants Hall and Zavislan is due on December 8, 2009, and the answer or other response to the Plaintiff's Complaint and Jury Demand from Defendants Zavaras and Cantwell is due on December 9, 2009. These Defendants respectfully request an extension of time or nine (9) or ten (10) days until December 18, 2009, to answer or otherwise respond to the Plaintiff's Complaint and Jury Demand.

2. The undersigned counsel was recently retained to represent Defendants Zavaras, Cantwell, Hall and Zavislan in this matter. The undersigned counsel is in the process of gathering documentary information and otherwise investigating the allegations contained in the Plaintiff's Complaint and Jury Demand. The undersigned counsel requires the brief extension of time requested to complete his investigation of this matter and to determine an appropriate strategy for responding to the Plaintiff's Complaint and Jury Demand. No party will be prejudiced by this brief extension of time. In addition, the proceedings before this Court will not be delayed because the Scheduling Conference in this matter has been set for January 19, 2010, and the response date requested in this Motion is well before that time. [*See* Minute Order, 11/18/09 (Doc. 9)].

3. Pursuant to D.C.COLO.LCivR 7.1(A), prior to filing the instant Motion, the undersigned counsel conferred via electronic mail with counsel for the Plaintiff, Sara J. Rich, Esq. Ms. Rich indicated the Plaintiff does not object to this request for extension

of time to answer or otherwise respond to the Plaintiff's Complaint and Jury Demand.

4.      Pursuant to D.C.COLO.LCivR 6.1(e), the undersigned counsel has served his client representatives with a copy of this motion, as indicated on the attached certificate of mailing.

WHEREFORE, Defendants Aristedes Zavaras, Robert Cantwell, Scott H. Hall and Dona Zavislan respectfully request an extension of time until and including December 18, 2009, to answer or otherwise respond to Plaintiff's Complaint and Jury Demand, and for all other and further relief as this Court deems just and appropriate.

Dated this 2nd day of December, 2009.

Respectfully submitted,

s/Andrew D. Ringel         .
Andrew D. Ringel, Esq.
Hall & Evans, L.L.C.
1125 17th Street, Suite 600
Denver, CO 80202-2052
Tel:  303-628-3453
Fax: 303-293-3238
ringela@hallevans.com

**ATTORNEYS FOR DEFENDANTS ARISTEDES ZAVARAS, ROBERT CANTWELL, SCOTT H. HALL AND DONA ZAVISLAN**

## CERTIFICATE OF SERVICE (CM/ECF)

      I HEREBY CERTIFY that on the 2nd day of December, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

David A. Lane, Esq.
dlane@kln-law.com

Sara J. Rich, Esq.
srich@kln-law.com

and hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand delivery, etc.) indicating by the non-participant's name:

Paul Sanzo, Esq. (via email)
Office of the Attorney General

Keith Nordell, Esq. (via email)
Colorado Department of Corrections

                                            s/Marlene Wilson, Secretary to
                                            Andrew D. Ringel, Esq.
                                            Hall & Evans, L.L.C.
                                            1125 17th Street, Suite 600
                                            Denver, CO 80202-2052
                                            303-628-3453
                                            Fax: 303-628-3238
                                            ringela@hallevans.com

                                            **ATTORNEYS FOR DEFENDANTS ARISTEDES ZAVARAS, ROBERT CANTWELL, SCOTT H. HALL AND DONA ZAVISLAN**

H:\Users\RINGELA\colorado\HOWARD v. Zavaras\Extend Motion.doc