IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02228-REB-MEH

SCOTT L. HOWARD,

    Plaintiff,

v.

ARISTEDES ZAVARAS, Executive Director of the Colorado Department of Corrections, in his official capacity, et. al.

    Defendants.
_____

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION
OF TIME TO ANSWER OR OTHERWISE RESPOND TO
PLAINTIFF'S COMPLAINT AND JURY DEMAND**
_____

This matter is before the Court on the Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint and Jury Demand filed by Defendants Aristedes Zavaras, Robert Cantwell, Scott H. Hall, and Dona Zavislan. The Court, having reviewed the Motion and the file herein and being duly advised, hereby grants the Motion. Defendants Zavaras, Cantwell, Hall and Zavislan now have until and including December 18, 2009, to answer or otherwise respond to the Plaintiff's Complaint and Jury Demand.

    Dated this _____ day of December, 2009.

        By the Court:

        _____
        Michael E. Hegarty
        United States Magistrate Judge