**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-02228 REB-MEH

SCOTT L. HOWARD,

    Plaintiff,

v.

ARISTEDES ZAVARAS, Executive Director of the Colorado Department of Corrections, in his official capacity;
ROBERT CANTWELL, Director of Prisons, in his individual and official capacities;
SCOTT H. HALL, Warden of the Denver Reception and Diagnostic Center, in his individual and official capacities;
DONA ZAVISLAN, Associate Warden of the Denver Reception and Diagnostic Center, in her individual and official capacities; and
SERGEANT JANE DOE, Intake Sergeant at the Denver Reception and Diagnostic Center, in her individual and official capacities.

    Defendants.
_____

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO
DEFENDANTS' FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION OF DOCUMENTS**
_____

    Plaintiff, Scott L. Howard, by and through his counsel, David A. Lane and Sara J. Rich of KILLMER, LANE & NEWMAN, LLP, hereby submits the following Stipulation for Extension of Time to Respond to Defendants' First Set of Interrogatories and Requests for Production of Documents, as follows:

    1.    Plaintiff's Responses to Defendants' First Set of Interrogatories and Requests for Production of Documents are currently due on or before February 25, 2010.

    2.    Pursuant to D.C.COLO. LCivR. 6.1, the parties may stipulate in writing to a first extension of not more than 20 days beyond the time limits prescribed in the

Federal Rules of Civil Procedure to respond to interrogatories and requests for production of documents.

    3.    Plaintiff requests that this Court grant him up to and including March 15, 2010, to Respond to Defendant' First Set of Interrogatories and Requests for Production of Documents which is less than the 20 day time limit prescribed in Local Rules 6.1.

    4.    No prior extensions of this deadline have been sought or granted in this matter.

    5.    No party will be prejudiced by the granting of this Motion.

**CERTIFICATION PURSUANT TO D.C.COLO. LCivR. 7.1**

Counsel for Plaintiff, Sara J. Rich, certifies that she conferred with counsel for Defendants, Andrew D. Ringel, who agreed to Stipulate to the relief sought herein.

WHEREFORE, Plaintiff respectfully requests that this Court grant his Stipulation for Extension of Time to Respond to Defendant' First Set of Interrogatories and Requests for Production of Documents, up to and including March 15, 2010.

Respectfully submitted this 19th day of February, 2010.

                      KILLMER, LANE & NEWMAN, LLP

                      *s/ Sara J. Rich*
                      _____
                      David A. Lane
                      Sara J. Rich
                      1543 Champa Street, Suite 400
                      Denver, CO 80202
                      (303) 571-1000
                      dlane@kln-law.com
                      srich@kln-law.com

                      ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

      I hereby certify that on February 19, 2010, I electronically filed the foregoing **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following address:

Andrew D. Ringel, Esq:    ringela@hallevans.com
Joseph Patrick Sanchez:    sanchezj@hallevans.com

                                                            KILLMER, LANE & NEWMAN, LLP

                                                            *s/ Ann-erika White Bird*
                                                            _____
                                                            Ann-erika White Bird
                                                            Paralegal to David A. Lane