**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-02228 REB-MEH

SCOTT L. HOWARD,

    Plaintiff,

v.

ARISTEDES ZAVARAS, Executive Director of the Colorado Department of Corrections, in his official capacity;
ROBERT CANTWELL, Director of Prisons, in his individual and official capacities;
SCOTT H. HALL, Warden of the Denver Reception and Diagnostic Center, in his individual and official capacities;
DONA ZAVISLAN, Associate Warden of the Denver Reception and Diagnostic Center, in her individual and official capacities; and
SERGEANT JANE DOE, Intake Sergeant at the Denver Reception and Diagnostic Center, in her individual and official capacities.

    Defendants.

_____

**ORDER**
_____

UPON the Stipulation for Extension of Time to Respond to Defendants' First Set of Interrogatories and Requests for Production of Documents, up to and including March 15, 2010, the Court, being fully advised in the premises and for good cause shown, hereby:

GRANTS the Stipulation. Plaintiff must submit his Responses to Defendants' First Set of Interrogatories and Requests for Production of Documents on or before March 15, 2010.

DATED this _____ day of February, 2010.

                                BY THE COURT:

                                _____

## **CERTIFICATE OF SERVICE**

     I hereby certify that on the _____ day of February, 2010, a true and correct copy of the foregoing **ORDER** was caused to be served using the CM/ECF system to the following:

David A. Lane:     dlane@kln-law.com
Sara J. Rich:     srich@kln-law.com

ATTORNEYS FOR PLAINTIFF

Andrew D. Ringel:     ringela@hallevans.com
Joseph P. Sanchez:     mailto:sanchezj@hallevans.com

ATTORNEYS FOR DEFENDANTS

        _____
        CLERK OF COURT