IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02228-REB-MEH

SCOTT L. HOWARD,

     Plaintiff,

v.

ARISTEDES ZAVARAS, Executive Director of the Colorado Department of Corrections, in his
official capacity,
ROBERT CANTWELL, Director of Prisons, in his individual and official capacities,
SCOTT H. HALL, Warden of the Denver Reception and Diagnostic Center, in his individual and
official capacities,
DONA ZAVISLAN, Associate Warden of the Denver Reception and Diagnostic Center, in her
individual and official capacities, and
SERGEANT JANE DOE, Intake Sergeant at the Denver Reception and Diagnostic Center, in her
individual and official capacities,

     Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 10, 2010.**


     Plaintiff's Unopposed Motion to Modify Scheduling Order with Respect to Expert Deadlines
[filed June 9, 2010; docket #35] is **granted**.  For good cause shown, the Scheduling Order shall be
amended as follows:

Expert witness designation:       July 1, 2010
Rebuttal expert designation:     August 2, 2010

All other deadlines and conference dates shall remain the same.