IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02228-REB-MEH

SCOTT L. HOWARD,

    Plaintiff,

v.

ARISTEDES ZAVARAS, Executive Director of the Colorado Department of Corrections, in his official capacity,
ROBERT CANTWELL, Director of Prisons, in his individual and official capacities,
SCOTT H. HALL, Warden of the Denver Reception and Diagnostic Center, in his individual and official capacities,
DONA ZAVISLAN, Associate Warden of the Denver Reception and Diagnostic Center, in her individual and official capacities, and
SERGEANT JANE DOE, Intake Sergeant at the Denver Reception and Diagnostic Center, in her individual and official capacities,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 30, 2010.**

    Plaintiff's Second Unopposed Motion to Modify Scheduling Order with Respect to Expert Deadlines [filed June 28, 2010; docket #38] is **granted**. For good cause shown, the Scheduling Order shall be amended as follows:

| | |
|---|---|
| Expert witness designation: | July 20, 2010 |
| Rebuttal expert designation: | August 23, 2010 |

No further extensions of these deadlines shall be granted absent a showing of exceptional cause. All other deadlines and conference dates shall remain the same.