IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 09-cv-02228-REB-MEH

SCOTT L. HOWARD,

    Plaintiff,

v.

ARISTEDES ZAVARAS, Executive Director of the Colorado Department of Corrections, in his official capacity,
ROBERT CANTWELL, Director of Prisons, in his individual and official capacity,
SCOTT H. HALL, Warden of the Denver Reception and Diagnostic Center, in his individual and official capacities,
DONA ZAVISLAN, Associate Warden of the Denver Reception and Diagnostic Center, in her individual and official capacities, and
SERGEANT JANE DOE, Intake Sergeant at the Denver Reception and Diagnostic Center, in her individual and official capacities,

    Defendants.

## ORDER GRANTING STIPULATED MOTION TO DISMISS AND SUBSTITUTION OF PARTY

**Blackburn, J.**

The matter before me is the **Joint Stipulated Motion To Dismiss Defendants Aristedes Zavaras, Robert Cantwell, Scott H. Hall, Dona Zavislan, and Sergeant Jane Doe and To Substitute The Colorado Department of Corrections as Defendant** [#46] filed August 24, 2010. After reviewing the motion and the file, I conclude that the motion should be granted, that defendants, Aristedes Zavaras, Robert Cantwell, Scott H. Hall, Dona Zavislan, and Sergeant Jane Doe, should be dismissed and that the Colorado Department of Corrections be substituted as a defendant in this case.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Stipulated Motion To Dismiss Defendants Aristedes Zavaras, Robert Cantwell, Scott H. Hall, Dona Zavislan, and Sergeant Jane Doe and To Substitute The Colorado Department of Corrections as Defendant** [#46] filed August 24, 2010, is **GRANTED**;

2. That plaintiff's claims against defendants, Aristedes Zavaras, Robert Cantwell, Scott H. Hall, Dona Zavislan, and Sergeant Jane Doe, are **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

3. That the Colorado Department of Corrections is **SUBSTITUTED** and **JOINED** as the named defendant in this case, and the case caption is amended accordingly.

Dated August 25, 2010, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge