**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-02228-REB-MEH

SCOTT L. HOWARD,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Joint Stipulated Motion To Dismiss All Claims With Prejudice** [#50] filed September 3, 2010. After reviewing the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Stipulated Motion To Dismiss All Claims With Prejudice** [#50] filed September 3, 2010, is **GRANTED**;

2. That the Trial Preparation Conference set for December 17, 2010, is **VACATED**;

3. That the jury trial set to commence January 3, 2011, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated September 7, 2010, at Denver, Colorado.

BY THE COURT:

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge